# UNITED STATES DISTRICT COURT
## Southern District of New York (White Plains Division)

Javaid Aziz, individually and as attorney-in-fact for Jamila K. Butt,
Plaintiff

v.  Civil Action No. _____

Neelofar K. Butt,
Defendant

SUMMONS IN A CIVIL ACTION
To: Neelofar K. Butt,
319 Martling Avenue,
Tarrytown, NY 10591
Phone: (845) 424-4444 (Work)
Email: care of neil.reig@elderlawadvisor.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javaid Aziz
131 Reed Street
Cambridge, MA 02140
Phone: (617) 642-9058
Email: javaid.aziz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
## Southern District of New York (White Plains Division)

Javaid Aziz, individually and as attorney-in-fact for Jamila K. Butt,
Plaintiff

v.                              Civil Action No. _____

Neil H. Reig, Esq.,
Defendant

SUMMONS IN A CIVIL ACTION
To: Neil H. Reig, Esq.,
118 North Bedford Rd., Ste 100
Mount Kisco, NY 10549-2555
Phone: (914) 242-4800
Email: neil.reig@elderlawadvisor.net


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javaid Aziz
131 Reed Street
Cambridge, MA 02140
Phone: (617) 642-9058
Email: javaid.aziz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
## Southern District of New York (White Plains Division)

Javaid Aziz, individually and as attorney-in-fact for Jamila K. Butt,
Plaintiff

v.                         Civil Action No. _____

Brightview Senior Living, LLC (Paul Ataide),
Defendant

SUMMONS IN A CIVIL ACTION
To: Brightview Senior Living, LLC (Paul Ataide),
Brightview Tarrytown – Senior Living and Memory Care
581 Old White Plains Rd,
Tarrytown, NY 10591
Phone: (914) 368-6228
Email: PATAIDE@bvsl.net


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javaid Aziz
131 Reed Street
Cambridge, MA 02140
Phone: (617) 642-9058
Email: javaid.aziz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____