**Honorable Laura Taylor Swain**

United States District Judge White Plains Division

**Re: Case No. 1:25-cv-05789-UA – Aziz v. Butt et al Emergency Motion for Temporary Restraining Order (TRO) Pro Se Litigant: Javaid Aziz**

Your Honor,

I (Javaid Aziz, 81 year old, MIT Graduate of 1969),am writing to respectfully bring to your immediate attention an emergency ex parte motion for a Temporary Restraining Order (TRO) that I filed as a pro se litigant in the above-captioned case. The motion, along with a proposed order, was submitted electronically and docketed as **Document No. 7** on **July 12, 2025**, with the transaction entered on **July 16, 2025 at 10:42 AM EDT**.

The docket text references ECF Rule 13.9(b) and (c), and in compliance with that directive, I am promptly notifying the Court of this filing. The motion addresses urgent and potentially irreparable harm, and I respectfully request expedited consideration of the relief sought.

Thank you for your attention to this urgent matter.

Respectfully submitted,

Javaid Aziz

131 Reed St., Cambridge. MA 02140

Phone:617 642 9058

Email: Javaid.aziz@gmail.com