UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAVAID AZIZ, individually and as attorney-in-fact for JAMILA K. BUTT,

                          Plaintiff,

              -against-

NEELOFAR K. BUTT, et al.,

                          Defendants.

25-CV-5789 (JGLC)

**ORDER OF SERVICE**

---

JESSICA G. L. CLARKE, United States District Judge:

      Plaintiff, who is proceeding *pro se*, originally filed this action on July 12, 2025 alleging civil rights violations pursuant to 42 U.S.C. § 1983 ("Section 1983") in addition to the following state and common law claims: abuse of process, malicious prosecution, fraud, intentional infliction of emotional distress, civil conspiracy, and elder abuse. ECF No. 1. On July 16, 2025, Chief Judge Swain directed Plaintiff to pay the required $405.00 filing fee or submit an application to proceed *in forma pauperis*. ECF No. 11.

      Plaintiff has now paid the requisite fee, which was processed on July 18, 2025, and the Clerk of Court has issued summonses as to the Defendants. ECF No. 13. Plaintiff is therefore directed to serve the summons and complaint on each Defendant **by October 29, 2025**.[1] If Plaintiff has either not served Defendants or requested an extension of time to do so by that date, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days from the date the summonses were issued.

Plaintiff has consented to receiving court documents by electronic mail. ECF No. 14. Plaintiff is reminded that by consenting to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

Dated: August 6, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge