## To: The Pro Se Intake Unit

## UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

**WHITE PLAINS DIVISION**

Case No. 7:25-cv-05789-JGLC

Re: Request for Issuance of New Summonses

Dear Pro Se Intake Unit,

I respectfully request that the Court issue new Summons in a Civil Action for the two Defendants named in the First Amended Verified Complaint (Document 21), filed onSeptember 12, 2025.

Thank you for your attention to this request.

**Respectfully submitted,**      Dated: September 17, 2025

   /Sd/

Javaid Aziz

 Pro Se Plaintiff and Attorney-in-Fact/next friend for Jamila K. Butt

131 Reed Street Cambridge, MA 02140

 Phone:  (617) 642-9058

Email: javaid.aziz@gmail.com