# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

**WHITE PLAINS DIVISION**

Case No. 7:25-cv-05789-JGLC

Hon. Jessica G.L. Clarke

**JAVAID AZIZ, individually and as attorney-in-fact/next friend for JAMILA K. BUTT,**

Plaintiffs,

V.

**NEELOFAR K. BUTT, NEIL H. REIG, ESQ.,**

Defendants.

**MOTION TO VOLUNTARILY DISMISS COMPLAINT AND FIRST AMENDED VERIFIED COMPLAINT**

MEMO ENDORSED

Now comes the Plaintiff, Javaid Aziz, appearing pro se, and respectfully moves this Honorable Court to voluntarily dismiss the above-captioned action pursuant to **Federal Rule of Civil Procedure 41(a)(1)(A)**.

As grounds for this motion, Plaintiff states:

1. Plaintiff filed this action in good faith, seeking to address matters of constitutional concern and procedural fairness, particularly surrounding the treatment of vulnerable individuals and the integrity of legal processes involving capacity and guardianship.
2. Upon further reflection, Plaintiff recognizes that the case implicates **Mental Hygiene Law Article 81**, which carries strict protocols and potential professional consequences for individuals involved. Since the case centers around this statute, any violation of its provisions is taken seriously, and the Court may act **sua sponte** if concerns arise. The victim is an old 87 year old lady, Jamila K. Butt.

1

3. Plaintiff's intention was never to harm any party, but rather to present the conduct of a certain attorney for judicial review. Plaintiff did not fully appreciate the professional implications this case might have for others, and now believes that withdrawal is appropriate.
4. Plaintiff is 82 years old and experiencing ongoing health challenges that materially impair his ability to continue pursuing this litigation. The complaint remains unserved, and Plaintiff believes it is in the interest of justice to withdraw it at this time.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

- Accept this motion as a voluntary dismissal of the complaint without prejudice
- Terminate the case from the docket
- Grant such other relief as the Court deems just and proper

Respectfully submitted

, /s/ Javaid Aziz

Javaid Aziz, Pro Se

131 Reed Street Cambridge, MA 02140

Phone: 617-642-9058

Email: javaid.aziz@gmail.com

Date: October 12, 2025

The Clerk of Court is respectfully directed to terminate ECF No. 23 and close the case.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 20, 2025
         New York, New York